# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

## CHANGE OF ADDRESS - DEBTOR

In re  **Holly Marie McClure-Larson**  Case No. **17-23863-GMH**
Debtor  Chapter 13

New Address    **3632 E Underwood Ave**
**Cudahy, WI  53110**

Change Requested By    **Chad Schomburg**

Signature  *(signed)*

Printed Name of Submitting Law Firm or Attorney  **Debt Advisors, S.C.**

❑  This notice is provided pursuant to 11 USC § 342(e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.